# EXHIBIT 1

RECEIVED AND FILED
CIRCUIT COURT
AUG 23 2018
EDWARD F. JEWETT, CLERK
BY_____ D.C.

VIRGINIA:    IN THE CIRCUIT COURT OF THE CITY OF RICHMOND

AUTUMN EVERETT, an Infant,
by and through LINDA EVERETT,
her Mother and Next Friend,

and

LINDA EVERETT, Individually,

    Plaintiffs,

v.                                 CASE NO.: *CL18-4285-3*

ASHFORD GATEWAY TRS CORPORATION,

       *Serve:*    *Corporation Service Company*
                    *100 Shockoe Slip, 2nd Floor*
                    *Richmond, VA 23219*

HUMPHREY RICH CONSTRUCTION GROUP, INC.,

       *Serve:*    *Corporation Service Company*
                    *100 Shockoe Slip, 2nd Floor*
                    *Richmond, VA 23219*

MARRIOTT HOTEL SERVICES, INC.,

       *Serve:*    *CT Corporation System*
                    *4701 Cox Road, Suite 285*
                    *Glen Allen, VA 23060*

LEO A. DALY COMPANY,

       *Serve:*    *National Registered Agents, Inc.*
                    *4701 Cox Road, Suite 285*
                    *Glen Allen, VA 23060*

CABLING SOLUTIONS OF RUTHERFORD COUNTY, LLC,

       *Serve:*    *National Registered Agents, Inc.*
                    *4701 Cox Road, Suite 285*
                    *Glen Allen, VA 23060*



RICHARD J. SERPE, P.C.

MAMBO CONTRACTORS, INC.,

> **Serve:**     **Edward Gross**
> **3975 University Drive, #140**
> **Fairfax, VA 22030**

H. JASON GOLD (as bankruptcy Trustee for Mambo Contractors, Inc.),

> **Serve:**     **H. Jason Gold**
> **Nelson Mullins Riley & Scarborough, LLP**
> **101 Constitution Avenue, NW**
> **Suite 900**
> **Washington, DC 20001**

ONYX CONSTRUCTION GROUP, LLC,

> **Serve:**     **Edgar Uriona**
> **8934 Telegraph Rd.**
> **Lorton, VA 22079**

AND

EDGAR URIONA,

> **Serve:**     **8934 Telegraph Rd.**
> **Lorton, VA 22079**

Defendants.

## COMPLAINT

COME NOW the plaintiffs, Autumn Everett, and infant, by and through Linda Everett, her Mother and Next Friend, (hereinafter "Infant Plaintiff"), and Linda Everett individually, by counsel, and moves this Honorable Court for a judgment and award of execution against the Defendants, and in support thereof, Plaintiffs state as follows:

1.     The infant-Plaintiff, Autumn Everett, an infant (hereinafter the "Infant"), was born on November 13, 2012.

2.     The Plaintiff and Next Friend, Linda Everett, is the mother of Autumn Everett and a resident of the State of Pennsylvania.



RICHARD J. SERPE, P.C.

2

3.     The Defendant, Ashford Gateway TRS Corporation ("Ashford") is a corporation organized pursuant to the laws of the State of Delaware having its principal place of business at 14185 Dallas Parkway, Suite 1100, Dallas, TX 75254.

4.     The Defendant, Humphrey Rich Construction Group, Inc. ("Humphrey Rich") is a corporation organized pursuant to the laws of the State of Maryland having its principal place of business at 10200 Old Columbia Road, Suite K, Columbia, MD 21046.

5.     The Defendant Marriott Hotel Services, Inc. ("Marriott") is a corporation organized pursuant to the laws of the State of Delaware having its principal place of business at 10400 Fernwood Road, Bethesda, MD 20817.

6.     The Defendant Leo A. Daly Company, ("Leo A. Daly") is a corporation organized pursuant to the laws of the State of Nebraska having its principal place of business at 8600 Indian Hills Drive, Omaha, NE 68114.

7.     The Defendant Cabling Solutions of Rutherford County, LLC ("Cabling Solutions") is a limited liability company organized pursuant to the laws of the State of Tennessee having its principal place of business at 217 Steelson Way, Murfreesboro, TN 37128.

8.     The Defendant Mambo Contractors, Inc. ("Mambo") is a corporation organized pursuant to the laws of the Commonwealth of Virginia having its principal place of business at 4328 L. Evergreen Lane, Annandale, VA 22003.

9.     The Defendant H. Jason Gold is the Bankruptcy Trustee for the Defendant Mambo Contractors, Inc.


RICHARD J. SERPE, P.C.

3

10.     The Defendant Onyx Construction Group, LLC ("Onyx") is a corporation organized pursuant to the laws of the Commonwealth of Virginia having its principal place of business at 8934 Telegraph Road, Lorton, VA 22079.

11.     The Defendant Edgar Uriona is an individual who resides in the State of Virginia.

12.     Defendant Ashford was at all times material, the owner and/or operator of the Marriott Crystal Gateway Hotel ("Marriott Crystal Gateway"), 1700 Jefferson Davis Highway, Arlington, Virginia.

13.     Defendant Ashford, at all times material, undertook the significant renovations to the Marriott Crystal Gateway, utilizing plans, procedures and standards agreed to by all Defendants ("the Marriott Renovation Project").

14.     Defendant Humphrey Rich was at all times material, the general contractor hired to perform the Marriott Renovation Project.

15.     Defendant Marriott Hotel Services at all times material, operated, staffed and managed the Marriott Crystal Gateway and were responsible for the maintenance of the lighting in the hotel's ballrooms.

16.     Defendant Leo A. Daly at all times material, was the architectural firm for the Marriott Renovation Project whose responsibilities included the selection and design of the lighting systems, and the approval of change orders to that system

17.     Defendants Mambo, Gold as bankruptcy trustee for Mambo and Uriona at all times material, were responsible for installation of the lighting systems in the hotel during the Marriott Renovation Project.


RICHARD J. SERPE, P.C.

4

18. Defendant Onyx is the successor in interest to Defendant Mambo and is responsible for their liability to the Plaintiff in this matter.

19. Defendant Edgar Uriona was at all times material, the owner, manager and employee of Defendant Onyx.

20. The Marriott Renovation Project included substantial work to the ceilings and lighting fixtures in the hotel's ballrooms. Defendants all participated in the design, installation and/or inspection of the ballroom modifications.

21. Defendants' actions in the design, installation and inspection of the lighting fixtures was negligent and in disregard for the safety of the Infant Plaintiff. The lighting was part of a renovation performed and subsequently marketed to entice and attract large revenue generating functions such as family reunions, parties and receptions. Defendants knew that there would be large gatherings of people congregating under these lighting fixtures creating a heightened duty to make sure that the renovations were performed properly and resulted in a safe environment. Despite this heightened duty, Defendants proceeded with a negligent decision to hang large, heavy blocks of Plexiglas held up by minimal fasteners, with no framework or other supporting structure. These custom, decorative flourishes may have comported with their aesthetic objectives, but left high probability that the fixtures would fail, fall and cause injuries to any persons in the vicinity of the lighting fixtures. Defendants had complete control over this process from design, through installation, inspections and repair and therefore acquired knowledge of the defect and risks to the large gathering of invited guests assembled underneath.



RICHARD J. SERPE, P.C.

5

22. Two days before the incident herein sued upon, Defendant, Cabling Solutions was required to remove the lenses in the ballroom's lighting in order to gain access to work above the ceiling, negligently reinstalling them without properly securing them.

23. On or about the 31st day of August, 2014, the Infant Plaintiff and her family were invitees and guests of the Marriott Crystal Gateway and attending a family reunion with her grandparents which was held inside of the hotel's ballroom.

24. Unexpectedly and without warning, a large piece of a light fixture inside of the ballroom fell from the ceiling directly above the Infant Plaintiff, striking her in the head. The Infant Plaintiff was in the zone of danger of the falling light fixture, and received serious and severe bodily injuries in the incident.

25. The negligence of the Defendants, their agents and employees includes but is not limited to failure to properly maintain the premises and its fixtures, creating a dangerous and hazardous condition on the premises, allowing a dangerous and hazardous condition to remain on its premises, failing to remove or correct a dangerous and hazardous condition on its premises, failure to warn of a dangerous and hazardous condition its premises, failure to take adequate and proper measures to protect invitees including the Plaintiffs from a dangerous and hazardous condition on its premises, the negligent design, inspection, fabrication, installation, maintenance and modification of a dangerous and hazardous condition on its premises, and a failure to comply with safety rules and/or industry standards applicable to the design, inspection, installation, maintenance and modification of the premises and fixtures on the premises.


RICHARD J. SERPE, P.C.

6

26.     Infant Plaintiff suffered severe injuries to her head, including a depressed skull fracture, exposing brain matter.

27.     That the accident occurred because of the willful and wanton conduct in the installation of the light fixture by the Defendants and/or their agents, and, as a direct and proximate result of the Defendants' conduct, the Infant Plaintiff suffered serious and severe bodily injuries.

### DAMAGES OF PLAINTIFF, AUTUMN EVERETT, an Infant

Plaintiff incorporates by reference the preceding paragraphs as if they were set forth herein.

28.     As a direct and proximate result of the aforesaid acts and/or omissions by the Defendants, the Infant has:

      (a)     Suffered serious and sever bodily injuries that she will be forced to endure for the rest of her life;

      (b)     Suffered physical and mental impairment;

      (c)     Had the enjoyment of life severely impaired;

      (d)     Sustained loss of future earnings and earning capacity; and

      (e)     Incurred and will continue to incur various sums of money for monitoring and treating her injuries and for educational tutoring.

### DAMAGES OF PLAINTFF, LINDA EVERETT

Plaintiff incorporates by reference the preceding paragraphs as if they were set forth herein.


RICHARD J. SERPE, P.C.

29.     At the time of the said negligence of the Defendants, the Infant Plaintiff was dependent on Plaintiff, Linda Everett, for maintenance and support and Plaintiff,

7

Linda Everett was legally and morally obligated to furnish the Infant Plaintiff with maintenance and support.  As a result thereof, Plaintiff Linda Everett has been caused to lose the services of her daughter and has been compelled to expend large sums of money for medical and hospital services, and the conditions of these respects have existed ever since the date of the accident, do now exist and will in the future exist until the said Infant Plaintiff is emancipated.

WHEREFORE, the Plaintiff, Autumn Everett, who sues through, Linda Everett, her mother and next friend, and Linda Everett, individually pray for judgment against the Defendants, jointly and severally in the amount of $15,000,000.00, together with interest and costs and such other and further relief as is just and proper.

Plaintiffs further demands a **TRIAL BY JURY.**

AUTUMN EVERETT, an Infant, by and through, LINDA EVERETT, her Mother and Next Friend and LINDA EVERETT, Individually

By: _____
             Of Counsel

Richard J. Serpe, Esq. (VSB No. 33340)
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, Virginia  23510
Telephone:  (757) 233-0009
Facsimile:  (757) 233-0455
E-mail:  rserpe@serpefirm.com


RICHARD J. SERPE, P.C.

8

Michael Goodove, Esq. (VSB No. 34563)
Swartz, Taliaferro, Swartz & Goodove
220 West Freemason Street
Norfolk, VA 23510
Telephone: (757) 275-5000
Facsimile: (757) 626-1003
Email: mike@goodove.com
*Counsel for Plaintiff*



RICHARD J. SERPE, P.C.

9

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. .................................................................
(CLERK'S OFFICE USE ONLY)

.................................................................................................. Richmond .................................................................................................. Circuit Court

Autumn Everett, an Infant, by and through Linda Everett her        v./*In re:*        Ashford Gateway TRS Corporation, Humphrey Rich
PLAINTIFF(S)         DEFENDANT(S)
Mother and Next Friend, and Linda Everett, Individually        Construction Group, Marriott Hotel Services, Inc. et al

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Counterclaim
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or
  driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
  [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[X] Other General Tort Liability

## ADMINISTRATIVE LAW
[ ] Appeal/Judicial Review of Decision of
  (select one)
  [ ] ABC Board
  [ ] Board of Zoning
  [ ] Compensation Board
  [ ] DMV License Suspension
  [ ] Employee Grievance Decision
  [ ] Employment Commission
  [ ] Local Government
  [ ] Marine Resources Commission
  [ ] School Board
  [ ] Voter Registration
  [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
[ ] Adoption
  [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
  [ ] Annulment – Counterclaim/Responsive
    Pleading
[ ] Child Abuse and Neglect – Unfounded
  Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
  [ ] Complaint – Contested*
  [ ] Complaint – Uncontested*
  [ ] Counterclaim/Responsive Pleading
  [ ] Reinstatement –
    Custody/Visitation/Support/Equitable
    Distribution
[ ] Separate Maintenance
  [ ] Separate Maintenance Counterclaim

## WRITS
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
  [ ] Guardian/Conservator
  [ ] Standby Guardian/Conservator
  [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
  [ ] Impress/Declare
  [ ] Reformation
[ ] Will (select one)
  [ ] Construe
  [ ] Contested

## MISCELLANEOUS
[ ] Appointment (select one)
  [ ] Church Trustee
  [ ] Conservator of Peace
  [ ] Marriage Celebrant
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
  [ ] Reinstatement pursuant to § 46.2-427
  [ ] Restoration – Habitual Offender or 3rd
    Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of U.S. Currency
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
  [ ] Correct Erroneous State/Local
  [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

RECEIVED AND FILED
CIRCUIT COURT        ℣30
AUG 23 2018
EDWARD F. JEWETT, CLERK
BY_____ D.C.

[X] Damages in the amount of $ 15,000,000.00 .................................................. are claimed.

August 17, 2018
DATE

*Richard J. Serpe*
[ ] PLAINTIFF   [ ] DEFENDANT   [x] ATTORNEY FOR   [x] PLAINTIFF
                                                [ ] DEFENDANT

Richard J. Serpe
PRINT NAME
580 East Main Street, Suite 310, Norfolk, VA 23510
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
(757) 233-0009
rserpe@serpefirm.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 10/14

## Civil Action Type Codes
## (Clerk's Office Use Only)

Accounting ....................................................................ACCT
Adoption ......................................................................ADOP
Adoption – Foreign .....................................................FORA
Adult Protection ..........................................................PROT
Aid and Guidance .......................................................AID
Annexation ..................................................................ANEX
Annulment ...................................................................ANUL
Annulment – Counterclaim/Responsive Pleading... ACRP
Appeal/Judicial Review
    ABC Board ...........................................................ABC
    Board of Zoning .................................................ZONE
    Compensation Board ..........................................ACOM
    DMV License Suspension ..................................JR
    Employment Commission ..................................EMP
    Employment Grievance Decision .......................GRV
    Local Government ..............................................GOVT
    Marine Resources ...............................................MAR
    School Board .......................................................JR
    Voter Registration ..............................................AVOT
    Other Administrative Appeal ..............................AAPL
Appointment
    Conservator of Peace ..........................................COP
    Church Trustee ....................................................AOCT
    Custodian/Successor Custodian (UTMA) .......UTMA
    Guardian/Conservator ........................................APPT
    Marriage Celebrant ............................................ROMC
    Standby Guardian/Conservator ..........................STND
Asbestos Litigation ......................................................AL
Attachment ..................................................................ATT
Bond Forfeiture Appeal ...............................................BFA
Child Abuse and Neglect – Unfounded Complaint ..CAN
Civil Contempt ............................................................CCON
Claim Impleading Third Party Defendant –
    Monetary Damages/No Monetary Damages ..........CTP
Complaint – (Miscellaneous) ......................................COM
Compromise Settlement ...............................................COMP
Condemnation .............................................................COND
Confessed Judgment ....................................................CJ
Contract Action ...........................................................CNTR
Contract Specific Performance ....................................PERF
Counterclaim – Monetary Damages/No Monetary
    Damages .............................................................CC
Cross Claim ................................................................CROS
Declaratory Judgment .................................................DECL
Declare Death ..............................................................DDTH
Detinue ........................................................................DET
Divorce
    Complaint – Contested/Uncontested .....................DIV
    Counterclaim/Responsive Pleading ...................DCRP
    Reinstatement – Custody/Visitation/Support/
      Equitable Distribution ..........................................CVS
Driving Privileges
    Reinstatement pursuant to § 46.2-427 ..............DRIV
    Restoration – Habitual Offender or
    3rd Offense .........................................................REST

Ejectment .....................................................................EJET
Encumber/Sell Real Estate ...........................................RE
Enforce Vendor's Lien ..................................................VEND
Escheatment .................................................................ESC
Establish Boundaries ...................................................ESTB
Expungement ...............................................................XPUN
Forfeiture of U.S. Currency .........................................FORF
Freedom of Information ...............................................FOI
Garnishment ................................................................GARN
Injunction ....................................................................INJ
Intentional Tort ...........................................................ITOR
Interdiction ..................................................................INTD
Interpleader .................................................................INTP
Interrogatory ...............................................................INTR
Judgment Lien – Bill to Enforce .................................LIEN
Landlord/Tenant ..........................................................LT
Law Enforcement/Public Official Petition ...............LEP
Mechanics Lien ...........................................................MECH
Medical Malpractice ....................................................MED
Motor Vehicle Tort .....................................................MV
Name Change ..............................................................NC
Other General Tort Liability .......................................GTOR
Partition ......................................................................PART
Permit, Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) ..........................................PET
Product Liability .........................................................PROD
Quiet Title ...................................................................QT
Referendum Elections .................................................ELEC
Reinstatement (Other than divorce or driving
    privileges) .........................................................REIN
Removal of Case to Federal Court ..............................REM
Restore Firearms Rights – Felony ..............................RFRF
Restore Firearms Rights – Review ..............................RFRR
Separate Maintenance ..................................................SEP
Separate Maintenance – Counterclaim/Responsive
    Pleading ............................................................SCRP
Sever Order ..................................................................SEVR
Taxes
    Correct Erroneous State/Local .........................CTAX
    Delinquent .........................................................DTAX
Termination of Mineral Rights ....................................MIN
Trust – Impress/Declare ..............................................TRST
Trust – Reformation ....................................................REFT
Uniform Foreign Country Money Judgments .......RFCJ
Unlawful Detainer .......................................................UD
Vehicle Confiscation ...................................................VEH
Voting Rights – Restoration ........................................VOTE
Will Construction ........................................................CNST
Will Contested ............................................................WILL
Writs
    Certiorari ...........................................................WC
    Habeas Corpus ..................................................WHC
    Mandamus .........................................................WM
    Prohibition .........................................................WP
    Quo Warranto ....................................................WQW
Wrongful Death ...........................................................WD

FORM CC-1416 (MASTER) PAGE TWO 10/14



—————LAW OFFICES OF————
RICHARD J. SERPE, PC

**Richard J. Serpe**
rserpe@serpefirm.com
Licensed in VA, LA, & TX

**Cindra M. Dowd**
cdowd@serpefirm.com
Licensed in VA



RECEIVED AND FILED
CIRCUIT COURT
AUG 2 3 2018
EDWARD F. JEWETT, CLERK
BY_____D.C.

August 20, 2018

Hon. Edward F. Jewett
Richmond Circuit Court
400 North Ninth Street
John Marshall Courts Building
Richmond, VA 23219

     RE:    *Autumn Everett, and Infant, by and through Linda Everett, her Mother and Next Friend, et al v. Ashford Gateway TRS Corporation, et al*

Dear Mr. Jewett:

    Enclosed please find the following:

1. Original of Plaintiff's Complaint;
2. This firm's check in the amount of $346.00 representing the filing fee;
3. Original Cover Sheet for Filing Civil Actions; and,
4. A copy of the first page of the Complaint, please note the case number and date filed and return to our office for our records, a self-addressed, stamped envelope is also enclosed.

    We do not require summonses to be issued at this time. Should you require any additional information, please do not hesitate to contact my office.

             Sincerely yours,

             LAW OFFICES OF RICHARD J. SERPE, P.C.

             Julie A. Simpson
             Paralegal

/jas
Enclosures